United States Bankruptcy Court

Western District of Washington

In re:                                                                         Case No. 24-10217-TWD
Amy Handy                                                               Chapter 7
Aaron M Handy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0981-2                                  User: admin                                          Page 1 of 3
Date Rcvd: Jan 31, 2024                          Form ID: 309A                                Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**          **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Amy Handy, Aaron M Handy, 5316 Ne 4th Ct, Renton, WA 98059-8566 |
| 957248141 | + | Seattle Consumer Justice, PS., Henry & DeGraaff, PS, 119 1st Ave S 500, Seattle, WA 98104-3400 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mainline@hdm-legal.com | Jan 31 2024 23:50:00 | Jacob D DeGraaff, Henry & DeGraaff, P.S., 10728 16th Ave SW, Seattle, WA 98146 |
| tr | + | EDI: QMPKLEIN.COM | Feb 01 2024 04:26:00 | Michael P Klein, Michael P. Klein, Attorney at Law, 330 Madison Ave S Suite 105, Bainbridge Island, WA 98110-3089 |
| smg | | EDI: WADEPREV.COM | Feb 01 2024 04:26:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| ust | + | Email/Text: USTPREGION18.SE.ECF@USDOJ.GOV | Jan 31 2024 23:50:00 | United States Trustee, 700 Stewart St Ste 5103, Seattle, WA 98101-4438 |
| 957248124 | | Email/Text: bncnotifications@pheaa.org | Jan 31 2024 23:50:00 | American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 957248125 | | Email/PDF: bncnotices@becket-lee.com | Jan 31 2024 23:52:33 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 957248127 | | EDI: BANKAMER | Feb 01 2024 04:25:00 | Bank of America, PO Box 21846, Greensboro, NC 27420-1846 |
| 957248132 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 31 2024 23:50:00 | Citiznsbnkna, 1 Citizens Drive, Riverside, RI 02915 |
| 957248128 | + | EDI: CAPITALONE.COM | Feb 01 2024 04:25:00 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 957248129 | + | Email/Text: bankruptcy@cavps.com | Jan 31 2024 23:50:00 | Cavalry Portfolio Services, 1 American Ln Suite 220, Greenwich, CT 06831-2563 |
| 957248130 | + | Email/Text: bankruptcy@cavps.com | Jan 31 2024 23:50:00 | Cavalry Portfolio Services, 1 American Ln Suite 06831-2563 |
| 957248133 | + | EDI: COMCASTCBLCENT | Feb 01 2024 04:25:00 | Comcast, PO Box 60533, City of Industry, CA 91716-0533 |
| 957248134 | | EDI: DISCOVER | Feb 01 2024 04:25:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 957248135 | + | EDI: HFC.COM | Feb 01 2024 04:25:00 | HSBC Bank, Attn: Bankruptcy, PO Box 2013, Buffalo, NY 14240-2013 |
| 957248136 | | EDI: IRS.COM | Feb 01 2024 04:26:00 | Internal Revenue Service, Central Insolvency |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 957248131 | EDI: JPMORGANCHASE | Feb 01 2024 04:25:00 | Chase Auto Finance, P.O. Box 78067, Phoenix, AZ 85062-8067 |
| 957248140 | Email/Text: EBN@Mohela.com | Jan 31 2024 23:50:00 | MOHELA, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 957248138 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2024 23:50:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 957248139 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2024 23:50:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 957248142 | + EDI: WTRRNBANK.COM | Feb 01 2024 04:26:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 957248143 | + EDI: USBANKARS.COM | Feb 01 2024 04:26:00 | U.S. Bankcorp, Attn: Bankruptcy 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 957248144 | + EDI: USAA.COM | Feb 01 2024 04:25:00 | USAA Federal Savings Bank, Attn: Bankruptcy 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 957248145 | + EDI: WFFC2 | Feb 01 2024 04:26:00 | Wf Bank Na, Attn: Bankruptcy, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 957248123 | * | Aaron M Handy, 5316 Ne 4th Ct, Renton, WA 98059-8566 |
| 957248126 | * | Amy Handy, 5316 Ne 4th Ct, Renton, WA 98059-8566 |
| 957248137 | * | Internal Revenue Service, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jacob D DeGraaff | on behalf of Debtor Amy Handy mainline@hdm-legal.com  henrydegraaffps@jubileebk.net |
| Michael P Klein | |

        trusteeklein@hotmail.com kleinlaw133@hotmail.com,mklein@ecf.axosfs.com

United States Trustee

        USTPRegion18.SE.ECF@usdoj.gov

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Amy Handy<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–0807<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | Aaron M Handy<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–2843<br>__–_____ |
| United States Bankruptcy Court: | Western District of Washington | Date case filed for chapter: | 7   1/31/24 |
| Case number: | 24–10217–TWD | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     08/21

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Amy Handy | Aaron M Handy |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 5316 Ne 4th Ct<br>Renton, WA 98059–8566 | 5316 Ne 4th Ct<br>Renton, WA 98059–8566 |
| 4. | Debtor's attorney<br>Name and address | Jacob D DeGraaff<br>Henry & DeGraaff, P.S.<br>10728 16th Ave SW<br>Seattle, WA 98146 | Contact phone 206–330–0595<br>Email: mainline@hdm–legal.com |
| 5. | Bankruptcy trustee<br>Name and address | Michael P Klein<br>Michael P. Klein, Attorney at Law<br>330 Madison Ave S Suite 105<br>Bainbridge Island, WA 98110 | Contact phone 206–842–3638 |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | 700 Stewart St, Room 6301<br>Seattle, WA 98101 | Hours open 8:30 am – 4:30 pm Monday – Friday<br>Contact phone 206–370–5200<br>Date: 1/31/24 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| | | |
|---|---|---|
| **7. Meeting of creditors** <br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 26, 2024 at 01:30 PM** <br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br>Telephonic Creditors Meeting <br>Conference Line: 1–866–660–6472 <br>Participant Code: 8196120 |
| **8. Presumption of abuse** <br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse arises. | |
| **9. Deadlines** <br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br>**You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/26/24** |
| | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim** <br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. <br>If your claim is secured by a security interest in the debtor's principal residence, see Fed. R. Bankr. P. 3002(c)(7) for claim filing deadlines. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Notice of Potential Dismissal

If the debtor fails to file required schedules, statements or lists within 15 days from the date the petition is filed, or object to dismissal of the case indicating why dismissal is not appropriate, the case may be dismissed without further notice. If the Debtor(s) fails to appear at the meeting of creditors, the U.S. Trustee may apply for an order of dismissal without further notice.

Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov OR (2) Debtors can register for DeBN by filing local form DeBN Request Form with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

Case 24-10217-TWD    Doc 9    Filed 02/02/24    Ent. 02/02/24 21:17:25    Pg. 5 of 5