United States Bankruptcy Court

Western District of Washington

In re:  
Amy Handy  
Aaron M Handy  
    Debtors

Case No. 24-10217-TWD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0981-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 29, 2024      Form ID: 318      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Amy Handy, Aaron M Handy, 5316 Ne 4th Ct, Renton, WA 98059-8566 |
| 957248141 | + | Seattle Consumer Justice, PS., Henry & DeGraaff, PS, 119 1st Ave S 500, Seattle, WA 98104-3400 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QMPKLEIN.COM | Apr 30 2024 02:54:00 | Michael P Klein, Michael P. Klein, Attorney at Law, 330 Madison Ave S Suite 105, Bainbridge Island, WA 98110-3089 |
| smg | | EDI: WADEPREV.COM | Apr 30 2024 02:54:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| 957248124 | | Email/Text: bncnotifications@pheaa.org | Apr 29 2024 22:56:00 | American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 957248125 | | Email/PDF: bncnotices@becket-lee.com | Apr 29 2024 22:58:43 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 957248127 | | EDI: BANKAMER | Apr 30 2024 02:54:00 | Bank of America, PO Box 21846, Greensboro, NC 27420-1846 |
| 957248132 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 29 2024 22:56:00 | Citiznsbnkna, 1 Citizens Drive, Riverside, RI 02915 |
| 957248128 | + | EDI: CAPITALONE.COM | Apr 30 2024 02:54:00 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 957248129 | + | Email/Text: bankruptcy@cavps.com | Apr 29 2024 22:56:00 | Cavalry Portfolio Services, 1 American Ln Suite 220, Greenwich, CT 06831-2563 |
| 957248130 | + | Email/Text: bankruptcy@cavps.com | Apr 29 2024 22:56:00 | Cavalry Portfolio Services, 1 American Ln Suite 06831-2563 |
| 957248133 | + | EDI: COMCASTCBLCENT | Apr 30 2024 02:54:00 | Comcast, PO Box 60533, City of Industry, CA 91716-0533 |
| 957248134 | | EDI: DISCOVER | Apr 30 2024 02:54:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 957248135 | + | EDI: HFC.COM | Apr 30 2024 02:54:00 | HSBC Bank, Attn: Bankruptcy, PO Box 2013, Buffalo, NY 14240-2013 |
| 957248136 | | EDI: IRS.COM | Apr 30 2024 02:54:00 | Internal Revenue Service, Central Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 957248131 | | EDI: JPMORGANCHASE | Apr 30 2024 02:54:00 | Chase Auto Finance, P.O. Box 78067, Phoenix, AZ 85062-8067 |
| 957248140 | | Email/Text: EBN@Mohela.com | | |

| | | | |
|---|---|---|---|
| | | Apr 29 2024 22:56:00 | MOHELA, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 957248138 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 29 2024 22:56:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 957248139 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 29 2024 22:56:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 957248142 | + EDI: WTRRNBANK.COM | Apr 30 2024 02:54:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 957248143 | + EDI: USBANKARS.COM | Apr 30 2024 02:54:00 | U.S. Bankcorp, Attn: Bankruptcy 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 957248144 | + EDI: USAA.COM | Apr 30 2024 02:54:00 | USAA Federal Savings Bank, Attn: Bankruptcy 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 957248145 | + EDI: WFFC2 | Apr 30 2024 02:54:00 | Wf Bank Na, Attn: Bankruptcy, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 957248123 | * | Aaron M Handy, 5316 Ne 4th Ct, Renton, WA 98059-8566 |
| 957248126 | * | Amy Handy, 5316 Ne 4th Ct, Renton, WA 98059-8566 |
| 957248137 | * | Internal Revenue Service, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jacob D DeGraaff | on behalf of Debtor Amy Handy mainline@hdm-legal.com henrydegraaffps@jubileebk.net |
| Michael P Klein | trusteeklein@hotmail.com kleinlaw133@hotmail.com,mklein@ecf.axosfs.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Amy Handy <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0807 <br> EIN  \_\_–_____ |
| Debtor 2 <br> (Spouse, if filing) | Aaron M Handy <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2843 <br> EIN  \_\_–_____ |
| United States Bankruptcy Court | Western District of Washington | |
| Case number: | 24–10217–TWD | |

## Order of Discharge

12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Amy Handy                                         Aaron M Handy

4/29/24                             **By the court:** <u>Timothy W. Dore</u>
                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                        **Order of Discharge**                        page 1

Case 24-10217-TWD    Doc 15    Filed 05/01/24    Ent. 05/01/24 21:15:58    Pg. 3 of 4

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**